April 5, 2008

Eliaser Ramirez, C-93075
CTF-East Dorm (ED-161L)
P.O. Box 689
Soledad, CA 93960

Petitioner, in pro se

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

RE:  Case No. CV 07 5507 MMC (PR)

Court Clerk:

    On October 30, 2007, my writ of habeas corpus was received by the Court absent filing fee. Upon receiving notification of filing fee, I immediately made arrangements for the filing fee to be paid. The filing fee would have therefore been paid by mid November.

    I have received no receipt or notification that my writ was filed. Please send me a printout as to the status of my writ. Thank you.

Respectfully requested,


Eliaser Ramirez
Petitioner, in pro se

*[signature]*

RECEIVED
08 APR -8 PM 12: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 08 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Eliaser Ramirez, C-93075
CTF-East Dorm (EJ-161L)
P.O. Box 689
Soledad, CA 93960

RECEIVED
08 APR -8 PM 12: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL

Case No. CV 07 5507 MMC (PR)

SAN JOSE CA 951
07 APR 2008 PM 6 T

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102