Eliasen R. Ramirez, C-93075
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

Petitioner in pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIASER R. RAMIREZ,

        Petitioner,

   v.

ARNOLD SCHWARZENEGGER,
Governor, State of California,

        Respondent.

Case no. C 07-5507 MMC (PR)

AMENDMENT TO PETITION TO NAME
PROPER RESPONDENT

On October 30, 2007, Eliaser R. Ramirez (Petitioner) filed,
pro se, a habeas corpus challenging Governor Arnold Schwarzenegger's
reversal of Petitioner's grant of parole.  On April 11, 2008, the
Honorable Maxine M. Chesney, United States District Judge, citing
Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994),
informed Petitioner that the Governor of California, Arnold
Schwarzenegger, is not a proper respondent and therefore ordered
that Petitioner amend his habeas corpus to name a proper respondent.

Eliases K. Ramirez, C-93075
CTF-East Dorm (EU-161L)
P.O. Box 689
Soledad, CA 93960

<u>L E G A L  M A I L</u>

Case no. C 07-5507 MMC (PR)

94102-3661  C004

United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102



Petitioner respectfully requests that the respondent to the habeas corpus be changed from ARNOLD SCHWARZENEGGER, Governor, State of Califronia (a single respondent, not two separate respondents) to the respondent being BEN CURRY (Warden).[1]

DATED: 4/16/08

Respectfully submitted,

E. Ramirez

Eliaser R. Ramirez
Petitioner in pro se

---

1. Petitioner apologizes for naming Arnold Schwarzenegger as the respondent. But he was under the impression that not challenging his conviction, but a parole decision in which his continued imprisonment was due to the sole action, like the Board of Parole Hearings, of Arnold Schwarzenegger, Governor of California, and him alone, that he would be the proper respondent, in light of like cases: Sass v. California Board of Prison Terms, 461 F.3d 1123 (9th Cir. 2006); Sass v. California Board of Prison Terms, 376 F.Supp.2d 975 (E.D. Cal. 2005); McQuillion v. Schwarzenegger, 369 F.3d 1091 (9th Cir. 2004); Thompson v. Davis, 295 F.3d 890 (9th Cir. 2002); Devries v. Schwarzenegger, 2005 WL 2175875 (E.D. Cal. 2005); Pirtle v. California Board of Prison Terms, et al., 2007 WL 1544620 E.D. Cal. 2007), 9th Cir. no. 07-16097; Bair v. Folsom State Prison, 2005 WL 2219220 (E.D. Cal. 2005), 2005 WL 3081634 (E.D. Cal. 2005); Irons v. Warden of California State Prison--Solano, 358 F.Supp.2d 936 (E.D. Cal. 2005); Masoner v. State, 2004 WL 1080177 (C.D. Cal. 2004). Petitioner prays Your Honor will see why he was confused and again apologizes for the inconvenience of the Court for any delay or unnecessary work he may have caused. Petitioner was of the opinion that "the usual case" referred to in Rule 2, Rules Governing Section 2254 Cases, are those of a prisoner challenging a conviction, where the challenge to a California Governor having the sole power to reverse a grant of parole is a new phenomenon in law, reversing parole grants for political safety rather than public safety, making the law one grossly abused, being an unusual case.

## PROOF OF SERVICE BY MAIL

CASE NAME: RAMIREZ v. SCHWARZENEGGER

CASE NO. : C 07-5507 MMC (PR)

I, Eliaser R. Ramirez , hereby declare that I am a party to the above titled action and am over the age of eighteen (18), and I did serve a true copy of the following:

**AMENDMENT TO PETITION TO NAME PROPER RESPONDENT**

by placing a true copy in an envelope with first class postage fully prepaid and said envelope surrendered to correctional staff at the Correctional Training Facility for delivery to the prison mail room and therefrom delivered to the local United States Post Office the next business day from which there is postal service between the place of mailing and the addressee:

**Office of Attorney General**
**State of California**
**455 Golden Gate Ave., #11000**
**San Francisco, CA 94102**

I declare under penalty of perjury that the foregoing is true and correct, doing so this 16th day of April , 2008 , at Soledad, California.

E. Ramirez